UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:  Chapter 11

LDG SOUTH, LLC,  Case No. 9:09-bk-24038-ALP

Debtor.
_____/

**NOTICE OF FILING AFFIDAVIT OF PUBLICATION OF
NOTICE OF SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S
ASSETS AND RELATED PROCEDURES FOR CONSIDERATION
OF COMPETING PURCHASE OFFERS OR OBJECTIONS**

Debtor, LDG SOUTH, LLC, by and through its undersigned attorneys, hereby gives Notice of the filing of proof of publication of the *Notice of Sale of Substantially all of the Debtor's Assets and Related Procedures for Consideration of Competing Purchase Offers or Objections* which was duly published in The Wall Street Journal and the Naples Daily News.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties appearing on the Court's CM/ECF system on this 15th day of June, 2010.

/s/ Stephen R. Leslie
Stephen R. Leslie (FBN 000349)
Daniel R. Fogarty (FBN 0017532)
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602
(813) 229-0144
(813) 229-1811 Fax
sleslie@srbp.com
Attorneys for Debtor

H:\User\Newport Companies\Notices\NOF Publication of Sale - LDG South.doc

# AFFIDAVIT

STATE OF TEXAS              )
                               ) ss:
CITY AND COUNTY OF DALLAS)

I, Joseph Svec, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for <u>one</u> insertion(s) on the following date(s): <u>June 4, 2010</u>; pertaining to: LDG South, LLC; and that the foregoing statements are true and correct to the best of my knowledge.

*Joseph Svec*

Sworn to before me this
4th day of June, 2010.

*Albert Fox*
Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012



**BANKRUPTCIES**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

IN RE:                Chapter 11
LDG SOUTH, LLC,   Case No. 9:09-bk-24038-ALP
    Debtor.
_____/

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, AND RELATED PROCEDURES FOR CONSIDERATION OF COMPETING PURCHASE OFFERS OR OBJECTIONS**

PLEASE TAKE NOTICE that, on April 22, 2010, LDG South, LLC (the "Debtor"), filed a motion [Docket No. 161] (the "Motion") for entry of an order authorizing the sale of substantially all of its assets with the United States Bankruptcy Court for the Middle District of Florida (the "Court"). The Debtor's assets include 20 parcels of real property in a residential development known as Miramonte, and 40 parcels in a development known as Torino (collectively, the "Property"), located in the Grey Oaks community in Naples, Collier County, Florida. The proposed purchaser of the Property is AGR TM, L.L.C. ("AGR"), the holder of mortgages and first-priority security interests in the Property to secure claims of $18,945,568.45, and the proposed purchase price for the Property is a credit bid of at least $11,800,000. The Debtor's sale to AGR is subject to the receipt of higher and better offers for the Property. Accordingly, on May 27, 2010, the Court entered an order [Docket No. 172] (the "Procedures Order") establishing procedures concerning the submission of competing offers to purchase the Property. The Procedures Order establishes requirements for the submission of competing bids for the Property, including that any such bid must be for all cash and must be submitted by June 14, 2010 at 5:00 p.m. EST to counsel for the Debtor, Stichter Riedel Blain & Prosser, P.A., 110 East Madison Street, Tampa, Florida 33602, Attention: Stephen R. Leslie. If qualifying bids are received, an auction of the Property will be conducted on June 21, 2010 at 11:00 a.m. EST at the offices of Debtor's counsel. At the auction, AGR may credit bid up to the full amount of its secured claims. A hearing (the "Sale Hearing") to consider approval of the sale of the Property to AGR or the successful bidder at the auction will be held on June 21, 2010 at 3:00 p.m. EST at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida, Courtroom 10B. Any party objecting to the sale of the Property shall file its objection with the Court at least 5 business days prior to the Sale Hearing. For further information, including the requirements of competing bids, please consult the Procedures Order (and related documents such as the Motion), which are available from Debtor's counsel or the Court's website at http://www.flmb.uscourts.gov (access to documents on the Court's website requires a PACER password and login, which can be obtained at http://www.pacer.gov).

## Joanne H. Ratliff

**From:** Steve R. Leslie
**Sent:** Monday, June 14, 2010 1:45 PM
**To:** Joanne H. Ratliff
**Subject:** FW: Thank you for placing your classified advertisement.

**From:** Naples Daily News [mailto:naplesnews@clicknbuy.com]
**Sent:** Sunday, June 06, 2010 12:19 AM
**To:** Watson, Kimberlyn
**Subject:** Thank you for placing your classified advertisement.


Ad # 1856778

Thank you for placing your classified advertisement.

The following represents the current text of your advertisement:
UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA FT. MYERS DIVISION IN RE: Chapter 11 LDG SOUTH, LLC, Case No. 9:09-bk-24038-ALP Debtor. _____ / NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, AND RELATED PROCEDURES FOR CONSIDERATION OF COMPETING PURCHASE OFFERS OR OBJECTIONS PLEASE TAKE NOTICE that, on April 22, 2010, LDG South, LLC (the "Debtor"), filed a motion [Docket No. 161] (the "Motion") for entry of an order authorizing the sale of substantially all of its assets with the United States Bankruptcy Court for the Middle District of Florida (the "Court"). The Debtor's assets include 20 parcels of real property in a residential development known as Miramonte, and 40 parcels in a development known as Torino (collectively, the Property"), located in the Grey Oaks community in Naples, Collier County, Florida. The proposed purchaser of the Property is AGR TM, L.L.C. ("AGR"), the holder of mortgages and first-priority security interests in the Property to secure claims of $18,945,568.45, and the proposed purchase price for the Property is a credit bid of at least $11,800,000. The Debtor's sale to AGR is subject to the receipt of higher and better offers for the Property. Accordingly, on May 27, 2010, the Court entered an order [Docket No. 172] (the "Procedures Order") establishing procedures concerning the submission of competing offers to purchase the Property. The Procedures Order establishes requirements for the submission of competing bids for the Property, including that any such bid must be for all cash and must be submitted by June 14, 2010 at 5:00 p.m. EST to counsel for the Debtor, Stichter Riedel Blain & Prosser, P.A., 110 East Madison Street, Tampa, Florida 33602, Attention: Stephen R. Leslie. If qualifying bids are received, an auction of the Property will be conducted on June 21, 2010 at 11:00 a.m. EST at the offices of Debtor's counsel. At the auction, AGR may credit bid up to the full amount of its secured claims. A hearing ("the Sale Hearing") to consider approval of the sale of the Property to AGR or the successful bidder at the auction will be held on June 21, 2010 at 3:00 p.m. EST at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida, Courtroom 10B. Any party objecting to the sale of the Property shall file its objection with the Court at least 5 business days prior to the Sale Hearing. For further information, including the requirements of competing bids, please consult the Procedures Order (and related documents such as the Motion), which are available from Debtor's counsel or the Court's website at http://www.flmb.uscourts.gov (access to documents on the Court's website requires a PACER password and login, which can be obtained at http://www.pacer.gov). June 6 & 7, 2010 No1856778

Thank you for placing your classified advertisement.