UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re: Chapter 11

LDG SOUTH, LLC, Case No. 9:09-bk-24038-ALP

    Debtor.
_____/

## NOTICE OF NO ADDITIONAL QUALIFIED BIDS

Debtor, LDG SOUTH, LLC, by and through its undersigned attorneys, hereby gives Notice that pursuant to the Bid Procedures Order (Doc. No. 172) and the Bid Procedures established therein, the deadline to submit a Qualified Bid was June 14, 2010. The Debtor has not received any Qualified Bid, except for that of the AGR TM, L.L.C. The only Qualified Bidder participating at the Auction on June 21, 2010 at 11:00 a.m. will be AGR TM, L.L.C.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties appearing on the Court's CM/ECF system on this 18th day of June, 2010.

    /s/ Stephen R. Leslie
Stephen R. Leslie (FBN 000349)
Daniel R. Fogarty (FBN 0017532)
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602
(813) 229-0144
(813) 229-1811 Fax
sleslie@srbp.com
Attorneys for Debtor

H:\User\Newport Companies\Notices\NOF Qualified Bids.doc